UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY BELAFONTE,

Plaintiff,

-against-

THE ESTATE OF MARTIN LUTHER KING,
JR., INC.; and BERNICE A. KING, as
administrator C.T.A. of the Estate of Coretta
Scott King,

Defendants.

Case No.: 13 Civ. 7241

**AFFIDAVIT OF SERVICE**

I, Vasudha Talla, an Associate at Emery Celli Brinckerhoff & Abady LLP, hereby certify under penalty of perjury that I am not a party to the above action, am over 18 years of age, and reside in the County of Kings, New York.

On the 22nd day of October 2013, I served true and accurate copies of the following: **COMPLAINT; SUMMONS**, dated October 15, 2013; **SDNY ELECTRONIC CASE FILING RULES & INSTRUCTIONS;** and **INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET**, upon John Steel, who is authorized to and accepted service on behalf of Bernice King, as administrator C.T.A. of the Estate of Coretta Scott King, at Steel & Moss, L.L.P, 3575 Piedmont Road NE, 15 Piedmont Center, Suite 1560, Atlanta, Georgia 30305, by sending the same by email and by first-class mail.

Dated: New York, New York
        October 22, 2013

_Vasudha Talla_
Vasudha Talla, Esq.

Sworn To Before Me This
22nd Day of October, 2013

_Krishna Jani_
NOTARY PUBLIC

KRISHNA A JANI
Notary Public, State of New York
No. 01JA6283271
Qualified in Kings County
Commission Expires June 03, 2017