

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
212 775 8700 f 212 775 8800

direct dial 212 775 8725
direct fax 212 775 8825
lpearson@kilpatricktownsend.com

RECEIVED
NOV 07 2013
JUDGE SWEET CHAMBERS

November 6, 2013

**VIA FACSIMILE**
(212) 805-7925

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

11/8/13

Re: *Belafonte v. The Estate of Martin Luther King, Jr. Inc., et al.*,
Case No. 13-CV-7241 (RWS)

Dear Judge Sweet:

We represent Defendant The Estate of Martin Luther King, Jr. Inc. (the "Estate") in the above-referenced action, and write respectfully to request a 30-day extension of the Estate's time to respond to the October 15, 2013 complaint (the "Complaint").

The Estate was served with the Complaint on October 17, 2013, and has until November 7, 2013 to answer or otherwise respond. We ask that this deadline be extended by thirty (30) days to Monday, December 9, 2013. Plaintiff's counsel has confirmed that Plaintiff will not oppose this request. This extension, if granted, would constitute the first such extension of the Estate's time to respond to the Complaint, and would not affect any other scheduled dates in this action.

We appreciate the Court's attention to this request.

Respectfully submitted,

Lisa Pearson

cc: Jonathan S. Abady, Esq.
Charles J. Ogletree, Jr., Esq.
Michael W. Tyler, Esq. (admission *pro hac vice* pending)

So ordered
[signature] USDJ
11-7-13

US2008 5074006 1

ATLANTA AUGUSTA CHARLOTTE DENVER LOS ANGELES NEW YORK RALEIGH SAN DIEGO SAN FRANCISCO
SEATTLE SHANGHAI SILICON VALLEY STOCKHOLM TOKYO WALNUT CREEK WASHINGTON WINSTON-SALEM