

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700 f 212 775 8800

direct dial 212 775 8725
direct fax 212 775 8825
lpearson@kilpatricktownsend.com



December 6, 2013

**VIA FACSIMILE**
(212) 805-7925

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-13

  Re: *Belafonte v. The Estate of Martin Luther King, Jr. Inc., et al.,*
    Case No. 13-CV-7241 (RWS)

Dear Judge Sweet:

  We represent Defendant The Estate of Martin Luther King, Jr. Inc. (the "Estate") in the above-referenced action, and write with Plaintiff's consent to request a 30-day extension of the Estate's December 9, 2013 deadline to respond to the October 15, 2013 complaint (the "Complaint").

  Plaintiff and the Estate have reached a tentative settlement agreement in principle, and wish to extend this deadline so that they may finalize a written agreement. This extension, if granted, would not affect any other scheduled dates in this action.

  This is the second extension the Estate has requested of this deadline. The Estate was served with the Complaint on October 17, 2013, and initially had until November 7, 2013 to answer or otherwise respond. On November 6, 2013, we asked the Court to extend this date by 30 days, and confirmed that Plaintiff did not oppose that request. On November 8, 2013, the Court endorsed this letter and extended the deadline to Monday, December 9, 2013 [DKT 5].

  So that the Parties may work to finalize a the terms of their tentative settlement agreement, we respectfully request that the Estate's time to answer or otherwise respond to the Complaint be extended by another 30 days to Wednesday, January 8, 2014. Plaintiff has consented to this request.

*So ordered*
*[signature]*
*12-9-13*

ATLANTA AUGUSTA CHARLOTTE DENVER LOS ANGELES NEW YORK RALEIGH SAN DIEGO SAN FRANCISCO
SEATTLE SHANGHAI SILICON VALLEY STOCKHOLM TOKYO WALNUT CREEK WASHINGTON WINSTON-SALEM

The Honorable Robert W. Sweet
December 6, 2013
Page 2

    We appreciate the Court's attention to this request.

                                        Respectfully submitted,

                                        Lisa Pearson

cc:   Jonathan S. Abady, Esq.
      Charles J. Ogletree, Jr., Esq.
      Michael W. Tyler, Esq. (admitted *pro hac vice*)

US2008 5170213 1