RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
O. ANDREW F. WILSON
KATHERINE ROSENFELD
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
JULIA EINBOND
VASUDHA TALLA
JENNIFER M. KEIGHLEY
JILL MAXWELL
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

January 8, 2014

**By ECF**

Hon. Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Belafonte v. The Estate of Martin Luther King, Jr., Inc., et al.*, Case No. 13-cv-7241 (RWS)

Dear Judge Sweet:

We represent Plaintiff Harry Belafonte in the aforementioned matter. We write to request a one-week extension of Defendants' January 8, 2014 deadline to respond to the Plaintiff's complaint (the "Complaint"). As stated in the December 6, 2013 letter to the Court from counsel for Defendant The Estate of Martin Luther King, Jr., Inc. (the "Estate"), the parties have reached a tentative settlement agreement in principle and have since exchanged drafts of a proposed settlement agreement. Plaintiff seeks an additional week to discuss the proposed settlement terms with Defendants before Defendants would have to file their answer to the Complaint. The Estate has consented to this request.

Therefore, Plaintiff respectfully requests that the Court grant a one-week extension, until and including January 15, 2014, of Defendants' deadline to answer the Complaint.

Respectfully,

*Jonathan S. Abady (vt)*

Jonathan S. Abady
*Counsel for Plaintiff*

cc: Lisa Pearson, counsel for the Estate (via ECF)
    Michael W. Tyler, counsel for the Estate (admitted *pro hac vice*, via fax)
    John Steel, counsel for Defendant Bernice King (via fax)