

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700 f 212 775 8800

January 29, 2014

direct dial 212 775 8725
direct fax 212 775 8825
lpearson@kilpatricktownsend.com

<u>**VIA ECF**</u>

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Belafonte v. The Estate of Martin Luther King, Jr. Inc., et al.*,
           <u>Case No. 13-CV-7241 (RWS)</u>

Dear Judge Sweet:

      We represent Defendant The Estate of Martin Luther King, Jr. Inc. (the "Estate") in the above-referenced action, and write with Plaintiff's consent to request a 30-day extension of the Defendants' January 29, 2014 deadline to respond to the October 15, 2013 complaint (the "Complaint").

      As stated in the Parties' prior letters to the Court, Plaintiff and the Defendants have reached a settlement agreement in principle and are considering a final written draft of this proposed agreement. The requested extension, if granted, would not affect any other scheduled dates in this action.

      The parties have previously been granted four consented extensions of Defendants' deadline to respond to the complaint (November 8, 2013 [DKT 5]; December 11, 2013 [DKT 7]; January 14, 2014 [DKT 9]; and January 24, 2014 [DKT 12]).

      So that the Parties may work to finalize their tentative settlement agreement, we respectfully request that the Defendants' time to answer or otherwise respond to the Complaint be extended by one week to Wednesday, February 5, 2014. Plaintiff has consented to this extension.

We appreciate the Court's attention to this request.

Respectfully submitted,

Lisa Pearson

cc: Jonathan S. Abady, Esq.
Charles J. Ogletree, Jr., Esq.
Michael W. Tyler, Esq. (admitted *pro hac vice*)