

**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP

www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

direct dial 212 775 8725
direct fax 212 775 8825
lpearson@kilpatricktownsend.com

February 19, 2014

**VIA ECF**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *Belafonte v. The Estate of Martin Luther King, Jr. Inc., et al.,*
>       <u>Case No. 13-CV-7241 (RWS)</u>

Dear Judge Sweet:

We represent Defendant The Estate of Martin Luther King, Jr. Inc. (the "Estate") in the above-referenced action. We write with the consent of all parties to request a 7-day extension of the Defendants' February 19, 2014 deadline to respond to the October 15, 2013 complaint (the "Complaint"), so that the parties may finalize their settlement agreement. Upon execution of the relevant settlement documents, Plaintiff will submit a Notice of Voluntary Dismissal terminating this case.

The requested extension, if granted, would not affect any other scheduled dates in this action. The parties have previously been granted five consented extensions of Defendants' deadline to respond to the complaint (November 8, 2013 [DKT 5]; December 11, 2013 [DKT 7]; January 14, 2014 [DKT 9]; January 24, 2014 [DKT 12]; January 30, 2014 [DKT 14]; and February 6, 2014 [DKT 18]), and submitted a sixth consented request on February 12, 2014 [DKT 19] which remains pending.

For the forgoing reasons, the parties respectfully request that the Defendants' time to answer or otherwise respond to the Complaint be extended by one week to Wednesday, February 26, 2014. Plaintiff has consented to this extension.

We appreciate the Court's attention to this request.

Respectfully submitted,

*Lisa Pearson*

Lisa Pearson

cc:   Jonathan S. Abady, Esq.
      Charles J. Ogletree, Jr., Esq.
      Michael W. Tyler, Esq. (admitted *pro hac vice*)

US2008 5332872 3

ATLANTA  AUGUSTA  CHARLOTTE  DENVER  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO  SAN FRANCISCO
SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM