| | EMERY CELLI BRINCKERHOFF & ABADY LLP | |
|---|---|---|
| RICHARD D. EMERY | | TELEPHONE |
| ANDREW G. CELLI, JR. | | (212) 763-5000 |
| MATTHEW D. BRINCKERHOFF | ATTORNEYS AT LAW | FACSIMILE |
| JONATHAN S. ABADY | 75 ROCKEFELLER PLAZA, 20TH FLOOR | (212) 763-5001 |
| EARL S. WARD | NEW YORK, NEW YORK  10019 | WEB ADDRESS |
| ILANN M. MAAZEL | | www.ecbalaw.com |
| O. ANDREW F. WILSON | | |
| KATHERINE ROSENFELD | | CHARLES J. OGLETREE, JR. |
| ELIZABETH S. SAYLOR | | DIANE L. HOUK |
| DEBRA L. GREENBERGER | | |
| ZOE SALZMAN | | |
| SAM SHAPIRO | | |
| VASUDHA TALLA | | |
| JENNIFER M. KEIGHLEY | | |
| ALISON FRICK | | |
| DAVID LEBOWITZ | | |
| HAYLEY HOROWITZ | | |

April 3, 2014

*Via ECF and Hand Delivery*

Hon. Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Belafonte v. The Estate of Martin Luther King, Jr., Inc., et al.*
            Case No. 13-cv-7241 (RWS)

Dear Judge Sweet:

      We represent Plaintiff Harry Belafonte in the above-captioned case.  Upon further reflection, we have revised and streamlined Plaintiff's proposed Default Judgment against Defendant Bernice King.  We ask the Court to enter the attached proposed Default Judgment. Defendant the Estate of Martin Luther King, Jr., Inc. consents to entry of this proposed Default Judgment.

      We thank the Court for its consideration.

                                           Respectfully submitted,

                                           /s/
                                         Jonathan S. Abady

Encl.

cc:    Lisa Pearson, Michael W. Tyler, *Counsel for the MLK Estate,* by ECF
        John Steel, *Counsel for Bernice A. King*, by ECF